MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for SHANEMA McQUEEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-10-97 JAM |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR TRANSPORTATION; |
| v. | ) | ORDER |
| | ) | FOR TRANSPORTATION |
| | ) | |
| SHANEMA McQUEEN, | ) | 18 USC §4285 |
| Defendant. | ) | |

===============================)

      Defendant SHANEMA McQUEEN, by and through her attorney, Michael D. Long, hereby requests the court to order the United States Marshal to pay for her transportation from her home in South Carolina to Sacramento, California.

      In case 10-97 JAM, defendant SHANEMA McQUEEN, flew from South Carolina to Sacramento to make her initial appearance before the magistrate on April 15, 2010.  She borrowed money from friends and relatives to come up with enough money to make the cross-country flight. She was unable to borrow enough money to fly to Sacramento for our May 4, 2010, initial appearance in District Court.  Thus far, Ms. McQueen as been unable to borrow enough money to purchase a round-trip airline ticket to enable her attend our next scheduled court appearance on June 8, 2010.

      Application is hereby made for an Order for Transportation and subsistence allowance for defendant SHANEMA McQUEEN to travel round-trip from her home in South Carolina, to Sacramento, California for the purpose of meeting with undersigned counsel and attending the June

-1-

PDF created with pdfFactory trial version www.pdffactory.com

8, 2010, status conference.  Counsel is requesting that Ms. McQueen fly to Sacramento on June **6**, 2010.  Counsel requests that she fly back to South Carolina on the evening of June 8 or the morning of June 9, 2010, depending on available flights.

Dated:  May 19, 2010                                      Respectfully submitted,

                                                          /s/ Michael D. Long
                                                          MICHAEL D. LONG
                                                          Attorney for Ms. McQUEEN

PDF created with pdfFactory trial version www.pdffactory.com

1

2  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
3  Sacramento, CA 95814
   (916) 447-1920
4  Mike.Long.Law@msn.com

5              IN THE UNITED STATES DISTRICT COURT
6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7  THE UNITED STATES OF AMERICA,        ) No. CR-S-10-97 JAM
                       Plaintiff,       )
8                                       ) ORDER FOR TRANSPORTATION
9          v.                           ) AND SUBSISTENCE
                                        )
10 SHANEMA McQUEEN,                     ) 18 USC §4285
                       Defendant.       )
11 ===============================)

12       IT IS HEREBY ORDERED that the United States Marshal pay for round-trip

13 transportation for defendant SHANEMA McQUEEN from South Carolina, to Sacramento,

14 California, and provide her with subsistence while in Sacramento, for the purpose of attending the

15 June 8, 2010, status conference.

16       IT IS HEREBY FURTHER ORDERED that Ms. McQueen fly to Sacramento on June **6**,

17 2010.  Counsel requests that she fly back to South Carolina on the evening of June 8 or the morning

18 of June 9, 2010, depending on available flights.

19       Ms. McQueen is indigent and financially unable pay for travel to Sacramento, California

20 and return to South Carolina.  This order is authorized pursuant to 18 U.S.C. §4285.

21

22 Dated:  May 20, 2010                    /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
23                                        United States District Court Judge

24

25

26

27

28

– 3 –

PDF created with pdfFactory trial version www.pdffactory.com